```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 07 B 23028
    CHERYL D SAMPSON
                                        CHAPTER 13

                                        JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-9103


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
        The case was filed on 12/07/2007 and was confirmed 03/13/2008.

        The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

        The case was dismissed after confirmation 07/03/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                  CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                  PAID            PAID
--------------------------------------------------------------------------------
CARRINGTON MORTGAGE SERV  CURRENT MORTG        .00               .00              .00
CARRINGTON MORTGAGE SERV  MORTGAGE ARRE        .00               .00              .00
CARRINGTON MORTGAGE SERV  CURRENT MORTG        .00               .00              .00
CARRINGTON MORTGAGE SERV  MORTGAGE ARRE        .00               .00              .00
HSBC AUTO FINANCE         SECURED VEHIC    14594.00             75.80           674.20
HSBC AUTO FINANCE         UNSECURED         1195.76              .00              .00
AMEX                      UNSECURED        NOT FILED             .00              .00
CAPITAL ONE               UNSECURED         1461.91              .00              .00
CAVALRY PORTFOLIO SERVIC  UNSECURED         6826.69              .00              .00
COMMONWEALTH EDISON       UNSECURED          520.94              .00              .00
DEBT RECOVERY SOLUTION    UNSECURED          317.75              .00              .00
SULLIVAN URGENT AID       UNSECURED        NOT FILED             .00              .00
ADVOCATE TRINITY HOSPITA  UNSECURED        NOT FILED             .00              .00
INGALLS MEMORIAL HOSPITA  UNSECURED        NOT FILED             .00              .00
INGALLS MEMORIAL HOSPITA  UNSECURED        NOT FILED             .00              .00
AT&T WIRELESS             UNSECURED        NOT FILED             .00              .00
FREMONT INVESTMENT AND L  NOTICE ONLY      NOT FILED             .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         1851.45              .00              .00
FREMONT INVESTMENT & LOA  NOTICE ONLY      NOT FILED             .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       1,884.00                           1,104.34
TOM VAUGHN                TRUSTEE                                                155.66
DEBTOR REFUND             REFUND                                                   .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     2,010.00

PRIORITY                                              .00
SECURED                                            674.20
    INTEREST                                        75.80

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 23028 CHERYL D SAMPSON
```

```
UNSECURED                                                              .00
ADMINISTRATIVE                                                     1,104.34
TRUSTEE COMPENSATION                                                 155.66
DEBTOR REFUND                                                          .00
                                              ----------------   ----------------
TOTALS                                              2,010.00         2,010.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 10/29/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```